1  PATRICK E. BAILEY (SBN 86875)
   BAILEY & PARTNERS
2  A Professional Corporation
   2800 28th Street, Suite 200
3  Santa Monica, California 90405-2959
   Telephone: (310) 392-5000
4  Facsimile: (310) 392-8091

5  ATTORNEYS FOR PLAINTIFFS RONALD N. TUTOR,
   AN INDIVIDUAL, AND TUTOR-SALIBA CORPORA-
6  TION, A CALIFORNIA CORPORATION

7                 UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF IDAHO

9                       SOUTHERN DIVISION

10

11 RONALD N. TUTOR; an Individual;      ) CASE NO. CIV02-475-S-BLW
   and TUTOR-SALIBA CORPORATION,        )
12 a California Corporation,            )
                                        )
13          Plaintiffs,                 ) **STIPULATION FOR SETTLEMENT**
                                        )
14     vs.                              )
                                        )
15 CITY OF HAILEY, IDAHO, a Municipal)
   Corporation; BOARD OF TRUSTEES OF THE)
16 FRIEDMAN MEMORIAL AIRPORT)
   AUTHORITY; and FRIEDMAN MEMORIAL)
17 AIRPORT AUTHORITY,                   )
                                        )
18          Defendants.                 )
   _____)

19

20       COMES NOW, Plaintiffs and Appellants Ronald N. Tutor and Tutor-Saliba Corporation by
21 and through counsel, Patrick Bailey of Bailey and Partners and Defendants and Appellees
22 Friedman Memorial Airport Authority, City of Hailey, Idaho, and the Board of Trustees of the
23 Friedman Memorial Airport Authority, by and through counsel, Eric Pilsk of Akin Gump Strauss
24 Hauer & Feld, pursuant to Federal Rule of Civil Procedure 41(a)(1), to announce that both parties
25 have stipulated to an Order of Dismissal of the matter in consideration of Plaintiffs -Appellants
26 paying an undisclosed settlement amount, in full satisfaction of all disputes, including attorneys
27 fees and costs. Therefore the parties respectfully request that the Court issue an order that the
28 above-referenced case be dismissed, with prejudice, by virtue of the parties having reached a

Bailey & Partners    G:\Tutor-Saliba\Pleadings\Stipulation for settlement 11.20.06.wpd

1 complete and final settlement agreement with each side to bear its own attorneys fees and costs in
2 connection with such settlement.

Respectfully submitted,

DATED: November 21, 2006

_____
Patrick E. Bailey
ATTORNEY FOR PLAINTIFFS
RONALD N. TUTOR AND
TUTOR-SALIBA CORPORATION

_____
W. Eric Pilsk
ATTORNEY FOR DEFENDANTS
CITY OF HAILEY, IDAHO,
BOARD OF TRUSTEES OF THE
FRIEDMAN MEMORIAL AIRPORT
AUTHORITY AND FRIEDMAN
MEMORIAL AIRPORT AUTHORITY